Denise M. De Mory (SBN 168076)
ddemory@bdiplaw.com
Aaron R. Hand (SBN 245755)
ahand@bdiplaw.com
Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Telephone: (650) 351-7248
Facsimile: (415) 426-4744

Attorneys for Plaintiff
VOXX International Corp.

(*Additional counsel on next page*)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| VOXX INTERNATIONAL CORP, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWEST DEALER SERVICES, INC., a California corporation,<br><br>Defendant. | Case No.: 23-350<br><br>**COMPLAINT**<br><br>INJUNCTIVE RELIEF REQUESTED<br><br>JURY TRIAL REQUESTED |

Brian R. Gilchrist (to be admitted *pro hac vice*)
Florida Bar No. 774065
bgilchrist@allendyer.com
Ryan T. Santurri (to be admitted *pro hac vice*)
Florida Bar No. 015698
rsanturri@allendyer.com
Allen, Dyer, Doppelt + Gilchrist, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, Florida  32802-3791
Telephone:  407-841-2330
Facsimile:   407-841-2343

Attorneys for Plaintiff
VOXX International Corp.

Plaintiff VOXX International Corp., hereby files its Complaint against Defendant Southwest Dealer Services, Inc., and alleges as follows:

**PARTIES, JURISDICTION AND VENUE**

1. Plaintiff VOXX International, Corp ("VOXX") is a Delaware corporation.

2. Upon information and belief, Defendant Southwest Dealer Services, Inc. ("SWDS") is a California corporation with its headquarters at 8659 Research Drive, Irvine, California 92618.

3. SWDS regularly engages in marketing activities that promote the sale of products that infringe the patent-in-suit to customers and/or potential customers, including those located in California and in this judicial district.

4. This Court has jurisdiction over the subject matter of this action as to the Defendant pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has *in personam* jurisdiction as to SWDS because, upon information and belief, SWDS is subject to both general and specific jurisdiction in California. More particularly, SWDS is registered as a California corporation and sells and offers to sell products that infringe one or more claims of VOXX's patent in this Judicial District.

6. Venue is proper in this judicial district pursuant to 28 U.S.C. §§1391 and 1400 because, among other things, SWDS is subject to personal jurisdiction in this judicial district and is a corporation formed in California and in this judicial district.

Upon information and belief, SWDS has purposely transacted business involving the accused products in this judicial district, including sales to one or more customers in California, and certain of the acts complained of herein occurred in this judicial district, in California and in the United States.

## STATEMENT OF FACTS

7. On December 9, 2008, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 7,463,135 B2 ("the '135 Patent"). VOXX is the sole and exclusive owner of the valid and enforceable '135 Patent, a copy of which is attached hereto as Exhibit A.

8. The Patent-in-Suit generally describes and claims a multi-mode vehicle security system including a control module that is wirelessly selectable to operate in one of a plurality of modes; and a function module for receiving a command from the control module and instructing a vehicle device to perform a function associated with the command.

9. Upon information and belief, SWDS manufactures, imports, offers for sale and/or sells devices in the United States that directly or indirectly infringe upon one or more claims of the Patent-in-Suit.

10. SWDS has in the past and currently manufactures, uses, imports, offers for sale and/or sells the KARR security systems such as the BT Series and the High Performance Series 3. Upon information and belief, SWDS primarily sells the accused products to car dealers for configuration and installation.

11. The below chart shows infringement of at least Claim 1 of the ’135 Patent:

| **U.S. PATENT 7,463,135** | |
|---|---|
| VOXX PATENT CLAIM | INFRINGING KARR SYSTEMS |
| 1. A multi-mode vehicle security system, comprising: | The accused KARR Security Systems are multi-mode vehicle security systems, as set forth below: |
| a control module wirelessly selectable to operate in one of a plurality of modes, wherein said plurality of modes include a first mode in which the control module functions as a vehicle security system, a second mode in which the control module functions as an upgrade to a remote keyless entry (RKE) system, or a third mode in which the control module functions as a shock sensor upgrade to a vehicle security system; and | The accused KARR Security Systems includes a control module<br><br>Below is an example of a KARR control module:<br><br>This controller operates in different modes, the red, blue, or green modes that the KARR controller is programmed to operate.<br><br>First mode in which the control module functions as a vehicle security system = Red Series: |

| U.S. PATENT 7,463,135 | |
|---|---|
| VOXX PATENT CLAIM | INFRINGING KARR SYSTEMS |
| | Screenshots from “BT and Fusion Dealer App: Processing a Sale on a Red System”, available at https://vimeo.com/swdealer. *This video shows the control module being programmed to operate in “red” mode wirelessly via Bluetooth through the KARR dealer mobile app during a “process sale” operation.* |

| **U.S. PATENT 7,463,135** | |
|---|---|
| VOXX PATENT CLAIM | INFRINGING KARR SYSTEMS |
| | *Security system operation in red mode:*<br><br>**ACTIVE/MANUAL ARMING OF THE BT SYSTEM**<br><br>Press the lock button on the vehicle's keyless entry remote. → Horn honks once on arming.<br><br>Doors lock, status L.E.D. light flashes once every second, immobilizer and triggers will become active after five seconds.<br><br>If covered entry points are not properly closed, the horn will honk three times. Check and close the hood, trunk or doors. Upon doing so, you will hear a confirmation honk acknowledging it has been properly armed.<br><br>Entry points may vary by make and model.<br><br>SWS KARR BT Series Customer User Guide, p. 2. *See also pages User Guide, pp. 8-11 for more detail on security mode operation.*<br><br>Below is KARR High Performance Series 3 materials depicting features of the security mode of operation:<br><br>KARR™ SECURITY SYSTEMS<br>HIGH PERFORMANCE SERIES 3<br>HP- RED<br>Arm System Lock Doors<br>Disarm System Unlock Doors<br>Trunk Release<br>Features<br><br>https://www.ebay.com/itm/223833696542 |

| U.S. PATENT 7,463,135 | |
|---|---|
| VOXX PATENT CLAIM | INFRINGING KARR SYSTEMS |
| | Second mode in which the control module functions as an upgrade to a remote keyless entry (RKE) system = Blue Series:<br><br>SECURITY NOTICE<br>SECURITY NOTICE<br>TEMPORARY<br>Dealer Options<br>DEMO VEHICLE<br>2HGFA1F58AH310928 QT 6178325<br>BLUE<br>HONDA CIVIC Dealer<br>PROCESS SALE<br>USER ACCESS AUDIT<br>A SALE or NO SALE is handled from the desktop Dealer dashboard.<br>The app is then updated.<br>SWDS<br><br>Screenshots from "BT and Fusion Dealer App: Processing a Sale", available at https://vimeo.com/swdealer. *This video shows the control module being programmed to operate in "blue" mode wirelessly via Bluetooth through the KARR dealer mobile app during a "process sale" operation.* |

<table>
<tr><th colspan="2"><u>U.S. PATENT 7,463,135</u></th></tr>
<tr><th>VOXX PATENT CLAIM</th><th>INFRINGING KARR SYSTEMS</th></tr>
<tr><td></td><td>

*Remote keyless entry operation in the blue mode:*

KARR BT SYSTEM FUNCTIONS

The KARR BT System App allows you to arm/lock or disarm/unlock in either an audible or silent mode.

By tapping the **larger** icons, you will be selecting the audible arm/lock or disarm/unlock response.

By tapping the **smaller** icons, you will be selecting the silent arm/lock or disarm/unlock response.

Whichever arm/lock or disarm/unlock icon is selected, that icon will change in color to orange.

User Guide, p. 8

</td></tr>
</table>

| **U.S. PATENT 7,463,135** | |
|---|---|
| VOXX PATENT CLAIM | INFRINGING KARR SYSTEMS |
| | Third mode in which the control module functions as a shock sensor upgrade to a vehicle security system = Green Series:<br><br>Screenshot from "BT and Fusion Dealer App: Processing a Sale", available at https://vimeo.com/swdealer. *This video shows the control module being programmed to operate in "green" mode wirelessly via Bluetooth through the KARR dealer mobile app during a "process sale" operation.*<br><br>https://honda.malikbhye.net/dealer-installed-karr-alarm-security.html |

| U.S. PATENT 7,463,135 | |
|---|---|
| VOXX PATENT CLAIM | INFRINGING KARR SYSTEMS |
| | <br>https://www.flickr.com/photos/68241113@N04/ |

| **U.S. PATENT 7,463,135** | |
|---|---|
| VOXX PATENT CLAIM | INFRINGING KARR SYSTEMS |
| | The KARR System includes a "function module" to perform the functions noted on pp. 2, 3 and 8 of the User Guide:<br>*Shock sensor operation in the green mode:*<br><br>**BT SYSTEM VIOLATION TRIGGERS**<br>If the BT system is triggered from any covered entry point. (Example: opened door) → The horn will sound for a thirty second cycle. Upon the completion of the cycle, the BT system resets and after 5 seconds will respond to further triggers.<br>If the BT system is triggered by the shock sensor. → A slight impact will trigger a fast six-honk warning. A significant impact will trigger a full 30-second BT system cycle.<br><br>User Guide, p. 3 (see also page 11). |
| a function module for receiving a command from the control module and instructing a | The KARR Systems include a "function module" for receiving a command from the control module and instructing a vehicle device to perform a function associated with the command, which allows the systems to perform |

| U.S. PATENT 7,463,135 | |
|---|---|
| VOXX PATENT CLAIM | INFRINGING KARR SYSTEMS |
| vehicle device to perform a function associated with the command, | these functions, such as those noted on pp. 2, 3 and 8 of the BT Series User Guide. |
| wherein when the control module operates in one of the first, second or third modes, the control module is restricted from operating in the other mode or modes. | As seen in the "BT and Fusion Dealer App: Processing a Sale on a Red System" and "BT and Fusion Dealer App: Processing a Sale" videos noted above, the Karr System is programmed during a "process sale" operation to be in one of the red, green or blue modes and, once programmed, the control module is restricted from operating in the other mode or modes. |

12. Upon information and belief, SWDS is aware of the Patent-in-Suit, based at least on notice from counsel. SWDS is also liable for the infringement of the Patent-in-Suit by their customers and installers, as SWDS actively induced and contributed to acts of their customers they knew were infringing or were willfully blind to the infringing nature of the acts by virtue of enabling such acts through videos and instructions on use.

**COUNT I**

**Action for Direct Infringement of the Patent-in-Suit**

13. Count I is an action by VOXX against SWDS for monetary damages and injunctive relief for direct infringement of the Patent-in-Suit.

14. VOXX herein restates and reincorporates into this Count the allegations of Paragraphs 1 through 12 herein.

15. Upon information and belief, SWDS manufactures, imports, offers for sale and/or sells products in the United States and in this Judicial District that directly infringe one or more claims of the Patent-in-Suit as set forth in the claim charts above.

16. VOXX is entitled to compensatory damages and injunctive relief for SWDS's infringing activities and any ongoing sales thereafter.

17. Upon information and belief, SWDS lacks justifiable belief that there is no infringement or that the infringed claims are invalid and has acted with deliberate and malicious intent in its infringing activity. SWDS's infringement is therefore willful, and VOXX is entitled to an award of exemplary damages, attorneys' fees, and costs in bringing this action.

## COUNT II

## Action for Induced Infringement of the Patent-in-Suit

18. Count II is an action by VOXX against SWDS for monetary damages and injunctive relief for indirect infringement of the Patent-in-Suit.

19. VOXX herein restates and reincorporates into this Count the allegations of Paragraphs 1 through 12 herein.

20. SWDS's customers directly infringe the Patent-in-Suit by installing and using the systems identified above, as encouraged, promoted and instructed by SWDS.

21. Upon information and belief, SWDS took action during the time the Patent-in-Suit has been in force intending to encourage or assist actions by installers and customers.

22. Upon information and belief, SWDS was aware of the Patent-in-Suit and knew that the acts by installers and customers, if taken, would constitute infringement of one or more claims of the Patent-in-Suit or SWDS believed there was a high probability that the acts, if taken, would constitute infringement of one or more claims of the Patent-in-Suit but deliberately avoided confirming that belief.

23. Upon information and belief, SWDS is on notice of its infringement of one or more of the claims of the Patent-in-Suit, yet SWDS has continued to sell products that infringe to customers.

24. With knowledge of, or a willful blindness to, the Patent-in-Suit, SWDS encouraged installers and customers to infringe the Patent-in-Suit through installation and use of the accused systems in vehicles.

25. VOXX is entitled to compensatory damages and injunctive relief for SWDS's infringing activities and any ongoing sales thereafter.

26. VOXX has suffered damages as a result of SWDS's induced infringement.

Wherefore, Plaintiff VOXX prays this Honorable Court enter such preliminary and final orders and judgments as are necessary to provide VOXX with the following requested relief:

A. A permanent injunction enjoining SWDS from infringing the Patent-in-Suit;

B. An award of damages against SWDS under 35 U.S.C. §284 in an amount adequate to compensate VOXX for SWDS's infringement, but in no event less than a reasonable royalty for the use made by SWDS of the inventions set forth in the Patent-in-Suit;

C. An award against SWDS for enhanced damages under 35 U.S.C. §284, an award of costs and attorneys' fees under 35 U.S.C. § 285; and

D. Such other and further relief as this Court deems just and proper.

**JURY TRIAL REQUEST**

VOXX requests a trial by jury as to all matters so triable.

Respectfully submitted this February 27, 2023.

*/s/ Hillary N. Bunsow*

Denise M. De Mory (SBN 168076)
Aaron R. Hand (SBN 245755)
Hillary N. Bunsow (SBN 278719)
BUNSOW DE MORY LLP

Brian R. Gilchrist
(to be admitted *pro hac vice*)
Ryan T. Santurri
(to be admitted *pro hac vice*)
Allen, Dyer, Doppelt + Gilchrist, P.A.

*Attorneys for Plaintiff*
*VOXX International Corp.*