SHOOK, HARDY & BACON L.L.P.
Mayela C. Montenegro-Urch (SBN 304471)
mmontenegro@shb.com
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614
Telephone: 949-475-1500
Facsimile: 949-475-0016

B. Trent Webb (*pro hac vice*)
bwebb@shb.com
Patrick A. Lujin (*pro hac vice*)
plujin@shb.com
Mary J. Peal (*pro hac vice*)
mpeal@shb.com
Emily R. Sosolik (*pro hac vice*)
esosolik@shb.com
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547

*Counsel for Defendant*
*Southwest Dealer Services, Inc.*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOXX INTERNATIONAL CORP,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHWEST DEALER SERVICES, INC.,<br><br>    Defendant. | Case No. 8:23-cv-00350 GW(MAAx)<br><br>Judge: Hon. George H. Wu<br><br>**JOINT STIPULATION FOR DEFERRAL OF CLAIM FOR ATTORNEY'S FEES** |

Plaintiff Voxx International Corp. ("Voxx") and Defendant Southwest Dealer Services, Inc. ("SWDS"), by and through their respective counsel, submit this joint stipulation to extend the deadline for SWDS to file its motion for attorney's fees. Pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54.1, the deadline for SWDS to file its motion for attorney's fees is July 13, 2023, fourteen (14) days following the Court's June 29, 2023, dismissal with prejudice. The parties met and conferred regarding SWDS's motion for attorney's fees on July 6, 2023.

Based upon the date of entry of judgment, Plaintiff's deadline to file a notice of appeal of the dismissal to the United States Court of Appeals for the Federal Circuit is July 29, 2023. The parties seek permission to extend the deadline for SWDS to file its motion for attorney's fees to 21 days after final resolution of any appeal. The parties further agree that nothing in this stipulation affects the Court's jurisdiction to entertain SWDS's request for fees pursuant to 35 U.S.C. § 285. Good cause exists as a motion for attorney's fees may ultimately not be required depending on the outcome of the appeal, lessening any burden on the Court.

Plaintiff, by joining this stipulation, does not consent or otherwise stipulate that SWDS is entitled to recover attorney's fees under 35 U.S.C. § 285 or under any other rule or statute.

Dated: July 6, 2023

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _/s/ Patrick A. Lujin_
B. Trent Webb
Patrick A. Lujin
Mary Jane Peal
Emily R. Sosolik
Mayela C. Montenegro-Urch

Counsel for Defendant
Southwest Dealer Services, Inc.

BUNSOW DE MORY LLP

By: /s/ Ruan T. Santurri
Ryan T. Santurri
Brian R. Gilchrist
Denise M. De Mory
Aaron R. Hand
Hillary N. Bunsow

BUNSOW DE MORY LLP
Denise M. De Mory (SBN 168076)
ddemory@bdiplaw.com
Aaron R. Hand (SBN 245755)
ahand@bdiplaw.com
Hillary N. Bunsow (SBN 278719)
hillarybunsow@bdiplaw.com
701 El Camino Real
Redwood City, CA 94063
Telephone: 650-351-7248
Facsimile: 415-426-4744

Brian R. Gilchrist (*pro hac vice*)
bgilchrist@allendyer.com
Ryan T. Santurri (*pro hac vice*)
rsanturri@allendyer.com
ALLEN DYER DOPPELT +
GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Orlando, FL 32801
Telephone: 407-841-2330
Facsimile: 407-841-2343

Counsel for Plaintiff
Voxx International Corp.

**CERTIFICATION OF SIGNATURE**

I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 6, 2023           /s/ Mayela C. Montenegro-Urch
                              Mayela C. Montenegro-Urch