RECEIVED BUT NOT FILED
12/3/2024
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: RYO DEPUTY

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VOXX INTERNATIONAL CORP.,**
*Plaintiff-Appellant*

v.

**SOUTHWEST DEALER SERVICES INC.,**
*Defendant-Appellee*

---

2023-2215

---

Appeal from the United States District Court for the Central District of California in No. 8:23-cv-00350-GW-MAA, Judge George H. Wu.

---

## JUDGMENT

---

RYAN SANTURRI, Allen, Dyer, Doppelt, Milbrath & Gilchrist, PA, Orlando, FL, argued for plaintiff-appellant. Also represented by BRIAN R. GILCHRIST.

PATRICK A. LUJIN, Shook, Hardy & Bacon, LLP, Kansas City, MO, argued for defendant-appellee. Also represented by MARY PEAL, EMILY SOSOLIK, BASIL TRENT WEBB.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CHEN, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 3, 2024
Date

Jarrett B. Perlow
Clerk of Court