RECEIVED BUT NOT FILED
1/10/2025
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: RYO DEPUTY

# United States Court of Appeals for the Federal Circuit

---

**VOXX INTERNATIONAL CORP.,**

*Plaintiff-Appellant*

v.

**SOUTHWEST DEALER SERVICES INC.,**

*Defendant-Appellee*

---

2023-2215

---

Appeal from the United States District Court for the Central District of California in No. 8:23-cv-00350-GW-MAA, Judge George H. Wu.

---

## MANDATE

---

In accordance with the judgment of this Court, entered December 3, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

January 10, 2025
Date

Jarrett B. Perlow
Clerk of Court